Dismissed and Memorandum Opinion filed November 13, 2003









Dismissed and Memorandum Opinion filed November 13,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01064-CR

____________

 

ERIBERTO CONTRERAS SEPEDA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
182nd District Court

Harris County, Texas

Trial Court Cause No. 936,977

 



 

M E M O R A N D U M  
O P I N I O N

Appellant entered a guilty plea on September 8, 2003, to the
offense of possession with intent to deliver a controlled substance.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant to 15
years= confinement in the Texas Department
of Criminal Justice C Institutional Division and a $1.00 fine.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the record
on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Opinion
filed November 13, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.

Do Not Publish C Tex. R. App. P. 47.2(b).